```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :    24cv4456(DLC)
BERNHARD KUHMSTEDT,                        :
                                           :         ORDER
                              Plaintiff,   :
              -v-                          :
                                           :
MANTRY, INC., et al.,                      :
                                           :
                              Defendants.  :
                                           :
------------------------------------------ X
```

DENISE COTE, District Judge:

On September 3, 2024, the Clerk of Court issued a certificate of default as to defendant Mantry, Inc. Also on September 3, the plaintiff requested that the conference scheduled for September 6 at 3:30 p.m. be adjourned, given Mantry, Inc.'s failure to respond to the complaint. It is hereby

ORDERED that the plaintiff shall file a motion for default judgment against Mantry, Inc. by **September 20, 2024.** Counsel shall review this Court's Individual Practices in Civil Cases regarding default judgment submissions.

IT IS FURTHER ORDERED that the plaintiff shall serve this Order and the motion for default judgment papers on Mantry, Inc. by such means of alternative service granted on July 26, 2024 and shall file proof of such service on ECF on or before **September 25, 2024.**

IT IS FURTHER ORDERED that a default judgment hearing will

be held on **October 11, 2024** at **2:00 p.m.** in Courtroom 18B, 500 Pearl Street, New York, New York. Failure of Mantry, Inc. to appear will result in entry of a default or a default judgment.

IT IS FURTHER ORDERED that the plaintiff's request to adjourn the September 6, 2024 conference is granted.

Dated:   New York, New York
         September 4, 2024

                                         _____
                                               DENISE COTE
                                         United States District Judge

2