```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
                                         :   24cv4456(DLC)
BERNHARD KUHMSTEDT,                      :
                                         :        ORDER
                              Plaintiff, :
             -v-                         :
                                         :
MANTRY, INC., et al.,                    :
                                         :
                             Defendants. :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Order of September 4, 2024 directed the plaintiff to move for default judgment against Mantry, Inc. ("defendant") and to serve the Order of September 4 and the motion for default judgment papers on the defendant. The Order of September 4 also scheduled a default judgment hearing for October 11, 2024 at 2:00 p.m. in Courtroom 18B, 500 Pearl Street, New York, New York.

On September 24, 2024, the plaintiff filed a Certificate of Service indicating that it had on that day served the Order of September 4 and the motion for default judgment papers on the defendant via email, pursuant to the Order of September 4. But the body of the email, attached as an exhibit to the Certificate of Service, erroneously stated that the date of the default judgment hearing "is yet to be determined by the Court." Accordingly, it is hereby

ORDERED that the plaintiff shall promptly notify the defendant of the error and of the date, time, and location of

the default judgment hearing, using the same means of service used on September 24, 2024. The plaintiff shall by **October 3, 2024** file proof of such notification on ECF.

Dated:  New York, New York
        October 1, 2024

                                                            DENISE COTE
                                      United States District Judge